AUDREY CANOVA, PLAINTIFF-RESPONDENT, v. ROBERT CANOVA, DEFENDANT-PETITIONER.

See same case below: 32 *N. J. Super.* 284.

*Mr. Louis Santorf* for the petitioner.

*Messrs. Saltzman, Rubenstein & Kosoff* for the respondent.

May 23, 1955.   Denied.